UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| QUANCIDINE HINSON-GRIBBLE, )<br>        Plaintiff, )<br>v. )<br>)<br>UNITED STATES OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>        Defendant. ) | **JUDGMENT**<br>No. 5:16-CV-70-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 5, 2018, and for the reasons set forth more specifically therein, this case is dismissed without prejudice for failure to respond to the show cause order.

**This Judgment Filed and Entered on October 5, 2018, and Copies To:**
Quancidine Hinson-Gribble (via U.S. Mail) 6129 Louise Street, Fayetteville, NC 28314.

October 5, 2018                  PETER A. MOORE, JR. CLERK
                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk